**PLEASE RECEIPT AND RETURN**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff )<br>vs. )<br>Jorge Munoz-Marquez )<br>     Defendant(s) ) | CRIMINAL NO. __08 mj 373__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

Gabriela Yanet Gomez-Magana

DATED: 2/15/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
   Deputy Clerk