Linda A. King, Esq.  SBN. 087138
LAW OFFICES OF LINDA A. KING & ASSOCIATES
2044 First Avenue, Suite 200
San Diego, California 92101-2079
Telephone: (619) 233-8034

Attorney for Material Witnesses

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable Judge Battaglia)**

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>    Plaintiff,<br>vs.<br><br>JORGE MUNOZ-MARQUEZ,<br><br>    Defendant. | Criminal Case No. 08CR0522 DMS<br>Magistrate Case No.: 08MJ0373 AJB<br><br>EX PARTE APPLICATION AND ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |

    This Ex Parte Application and Order to Exonerate the Appearance Bond is submitted in connection with Alicia Medina de Leon, the Material Witness for this case.

    This Application is made after authorization was obtained from Office of the United States Attorney to remand the material witness to the United States Bureau of Customs and Border Protection, and after the Material Witness was remanded to the custody of the United States Bureau of Customs and Border Protection voluntary return to Mexico.

    On behalf of the material witness and the sureties who signed the Appearance Bond for the Material Witness, I respectfully request the court exonerate the Material Witness Bond, and return the cash deposit of $500.00 currently on the deposit to the Court securing the Material Witness Bond.

Date: May 21, 2008                              s/ Linda A. King
                                                Linda A. King
                                                Attorney for Material Witness

EX PARTE APPLICATION TO EXONERATE APPEARANCE BOND FOR MATERIAL WITNESS