

U.S. Customs and
Border Protection

May 16, 2008

Customs and Border Protection
San Ysidro Port of Entry
720 E. San Ysidro Blvd
San Ysidro, California 92173

Linda King
2044 First Ave., Suite 200
San Diego, CA 92101

RE:   Alicia MEDINA de Leon          A075 759 463

Dear Ms. King,

The criminal case, United States v. Jorge Munoz-Marquez, in which Ms. Mayra Alicia MEDINA de Leon was paroled into the United States as a material witness, is closed.

On February 7, 2008, Alicia MEDINA de Leon was encountered at the San Ysidro, California Port of Entry concealed from view in a non-factory undercarriage compartment of a vehicle driven by defendant Jorge Munoz-Marquez. MEDINA was summarily paroled into the United States as a material witness and subsequently released on bond.

On March 11, 2008, material witness, MEDINA appeared at the San Ysidro Port of Entry. MEDINA was afforded the opportunity to withdraw in lieu of removal proceedings. MEDINA accepted. An I-275 was generated and served upon MEDINA. The re-parole was rescinded and MEDINA was summarily returned to Mexico.

If you have any questions or concerns please contact Officer Adriana Rosas-Carranza at (619) 660-8932/

Respectfully,

Adriana Rosas-Carranza
CBP Enforcement Officer
cc: A file / Attorney